## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **JIMMY BAXTER PURCELL, as Executor of the Estate of LUCY PURCELL, Deceased,**<br><br>**Plaintiff,**<br><br>v.<br><br>**SUNRISE SENIOR LIVING, INC., SUNRISE SENIOR LIVING SERVICES, INC., ELEVEN PACK MANAGEMENT CORP. and BRIGHTON GARDENS OF VININGS**<br><br>**Defendants** | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   **CIVIL ACTION**<br>**FILE NO.: 1:09-CV-3557-JEC** |

## JOINT STIPULATION OF DISMISSAL

It is hereby stipulated and agreed that the complaint in the above-entitled case be dismissed with prejudice, the parties to bear their respective costs, including any possible attorneys' fees or other expenses of this litigation.

| | |
|---|---|
| s/Christian J. Lang | s/Eric K. Milles |
| Christian J. Lang, Esq. | Eric K. Milles, Esq. |
| HAWKINS & PARNELL, LLP | GA Bar # 508982 |
| 303 Peachtree Street, NE | GARVIN & MILLES |
| 4000 SunTrust Plaza | 1582 Village Square Blvd. |
| Atlanta, GA 30308 | Tallahassee, FL 32309 |
| T:   (404) 614-7642 | T:   (850) 422-3400 |
| F:   (404) 614-7500 | F:   (850) 906-9878 |

clang@hplegal.com                    emilles@garvinlawfirm.com

*ATTORNEY FOR DEFENDANTS*      *ATTORNEY FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15th, 2010, I electronically filed the Joint Stipulation of Dismissal, with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Christian J. Lang, Esq.
David Marshall, Esq.

s/Eric K. Milles
Eric K. Milles, Esq.
GA Bar # 508982
GARVIN & MILLES
1582 Village Square Blvd.
Tallahassee, FL  32309
T:      (850) 422-3400
F:      (850) 906-9878
emilles@garvinlawfirm.com

*ATTORNEY FOR PLAINTIFF*